UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80164-CIV-MARRA

CARYN PINCUS, an individual, on behalf
of herself and all others similarly situated,

    Plaintiff,

vs.

SPEEDPAY, INC., a New York coporation,

    Defendants.
_____/

## ORDER REQUIRING COUNSEL TO CONFER, FILE JOINT SCHEDULING REPORT AND FILE JOINT DISCOVERY REPORT

THIS ORDER has been entered upon the filing of the complaint.  Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of either an answer or a motion pursuant to Fed. R. Civ. P. 12(b), a copy of this order.

It is further ORDERED:

1. Every motion when filed shall be accompanied by a proposed order, except that motions to dismiss and motions for summary judgment need not be accompanied by a proposed order.  Courtesy copies of proposed orders should be sent to marra@flsd.uscourts.gov in either Word or Wordperfect format.  The **case number** along with the words, "proposed order", should be in the subject heading.

2. Pretrial discovery in this case shall be conducted in accord with Local Rule 26.1 and Rule 26 of the Federal Rules of Civil Procedure.

3.  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, unless this action is excluded under Rule 26(a)(B), the parties must confer within twenty-one (21) days after the  last responding party either files an answer or a motion pursuant to Fed. R. Civ. P. 12(b), whichever

is earlier, to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan that indicates the parties' views and proposals concerning the matters listed in Rule 26(f).

4.  The parties are jointly responsible for submitting a written report of this conference outlining the proposed discovery plan within 14 days after the conference.

5.  Counsel for the parties shall hold a **scheduling conference** either at the same time as the discovery conference described in Rule 26(f) or within fourteen (14) calendar days thereafter. See Local Rule 16.1(B).

6.  Within fourteen (14) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(2)&(3).  This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required, as well as an indication of whether the trial is to be a  **Jury trial or Bench trial**.

7.  The parties may submit a single report combining the discovery plan report and the scheduling conference report.

8.  Failure of counsel or unrepresented parties to file a discovery plan report or joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**NOTICE REGARDING VIDEO RECORDING:**

The Southern District of Florida is participating in a national pilot project for video recording proceedings in certain civil cases, as described more fully in Administrative Order 2012-001 posted on the Court's website.  The undersigned judge is participating in this project. Hence, the undersigned intends to video record all trials and evidentiary hearings in his civil

cases, subject to the availability of the courtroom that contains the requisite recording equipment, unless parties or witnesses in their cases object. In addition, any other proceedings in the undersigned 's cases may be recorded where the parties request or the public (with the consent of the parties) request.

1. It is necessary that parties either consent or object to the video recording of each proceeding. Parties should submit either a PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING form or a REQUEST TO EXEMPT WITNESS(ES) FROM VIDEO RECORDING form for each proceeding. They must then fill out the form indicating whether or not they consent to video recording, and return it to the court by five (5) days prior to any hearing. The forms can be found on this website below. *A form must be submitted for each hearing.*

2. Non-parties may request video recording of proceedings by submitting a REQUEST FOR VIDEO RECORDING form.

Unless otherwise ordered, executed forms should be returned via e-mail pursuant to instructions found on the Court's website: www.flsd.uscourts.gov **as well as a courtesy copy sent to marra@flsd.uscourts.gov**. Further questions regarding the operation of this pilot project, how parties can submit forms, or how non-parties can request video recording, should be directed to the pilot liaison, Operations Supervisor John Ditullio, who can be reached at (561)803-3411 or John_Ditullio@FLSD.uscourts.gov.

DONE AND SIGNED in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of February, 2015.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

All counsel