UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80164-CIV-MARRA

CARYN PINCUS, an individual, on
behalf of herself and all others similarly
situated,

      Plaintiff,

vs.

SPEEDPAY, INC.,
a New York corporation,

      Defendant.
_____/

**ORDER**

      This cause is before the Court *sua sponte*.

      On April 6, 2015, Defendant filed a motion to dismiss the Complaint (DE 11). On April 23, 2015, Plaintiff filed a First Amended Complaint (DE 13).

      Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's motion to dismiss the Complaint (DE 11) is denied as moot, without prejudice to Defendant reasserting these arguments against the amended pleading.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of April, 2015.

_____
KENNETH A. MARRA
United States District Judge