UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15-cv-80164-KAM

CARYN PINCUS, an individual, on
behalf of herself and all others similarly situated,

    Plaintiff,

v.

SPEEDPAY, INC.,
a New York corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff CARYN PINCUS, through the undersigned counsel, hereby notifies the Court of the attached supplemental authority, *Parker v. American Traffic Solutions, Inc.*, S.D. Fla. Case No. 14-cv-24010-FAM (S.D. Fla. Aug. 10, 2015) (denying Defendants' motion to dismiss Unjust Enrichment claim based upon traffic citations issued in violation of Florida statute) (Moreno, J.).[1]  A copy of the aforesaid decision is attached hereto as <u>Exhibit A</u>.

    Dated this 12th day of August, 2015.

                                        BRET L. LUSSKIN, Esq.
                                        *Attorney for Plaintiff*
                                        20803 Biscayne Blvd., Ste 302
                                        Aventura, Florida 33180
                                        Telephone: (954) 454-5841
                                        Facsimile: (954) 454-5844
                                        blusskin@lusskinlaw.com

                                  By: <u>/s/ Bret L. Lusskin, Esq.</u>
                                        Bret L. Lusskin, Esq.
                                        Florida Bar No. 28069

---

[1] The statute at issue was Fla. Stat. § 316.0083, which does not provide a private cause of action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>20803 Biscayne Blvd., Ste 302
>Aventura, Florida 33180
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By: /s/ Bret L. Lusskin, Esq.
>     Bret L. Lusskin, Esq.
>     Florida Bar No. 28069