UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 15-80164-CIV-MARRA

| | |
|---|---|
| CARYN PINCUS, an individual, on behalf of herself and all others similarly situated, | ORAL ARGUMENT REQUESTED |
| Plaintiff, | |
| v. | |
| SPEEDPAY, INC., a New York corporation, | |
| Defendant. | |

**DEFENDANT SPEEDPAY, INC.'S MOTION FOR JUDGMENT
ON THE PLEADINGS AS TO COUNTS VII AND VIII**

Defendant Speedpay, Inc. moves for judgment on the pleadings on Counts VII and VIII of the Second Amended Complaint—the federal and state RICO claims—pursuant to Fed. R. Civ. P. 12(c).

1. Rule 12(c) provides that "[a]fter the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings."

2. At the Court's invitation (Doc. 68 at 5), Speedpay is seeking judgment on the pleadings with respect to Plaintiff's claims under the federal RICO statute and Florida's equivalent statute (Counts VII & VIII).

3. Plaintiff lacks standing to bring these claims because she has failed to allege any injury caused by Speedpay's investment of the proceeds of any alleged racketeering activity.

4. Plaintiff's claims also fail because she does not allege a cognizable "enterprise."

5. Speedpay respectfully requests that this Court order oral argument on this motion. The motion presents dispositive issues that may be better fleshed out during the give-and-take of oral argument.

6. Counsel for Speedpay has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

WHEREFORE, Speedpay respectfully requests that the Court grant judgment on the pleadings in favor of Speedpay as to Plaintiff's claims under the federal RICO statute and the Florida equivalent statute (Counts VII and VIII), dismiss those claim with prejudice, and award Speedpay any other appropriate relief.

Respectfully submitted,

ESPINOSA TRUEBA MARTINEZ PL

/s/ Elio F. Martinez, Jr.
Elio F. Martinez, Jr.
1428 Brickell Avenue, Suite 100
Miami, FL 33131
(305) 854-0900
(855) 854-0900 (fax)
emartinez@etlaw.com

SIDLEY AUSTIN LLP

/s/ Eric S. Mattson
Eric S. Mattson
emattson@sidley.com
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

KILPATRICK TOWNSEND & STOCKTON LLP

<u>/s/ Daniel R. Taylor, Jr.</u>
dantaylor@kilpatricktownsend.com
Susan H. Boyles
sboyles@kilpatricktownsend.com
Joseph S. Dowdy
jdowdy@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7300

*Counsel for Defendant Speedpay, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2016, I electronically filed the foregoing Defendant Speedpay, Inc.'s Motion for Judgment on the Pleadings as to Counts VII and VIII with the Clerk of Court using the CM-ECF system, which will automatically send e-mail notification of the filing to all attorneys of record.

BRET L. LUSSKIN
20803 Biscayne Blvd., Suite # 302
Aventura, FL 33180
blusskin@lusskinlaw.com

MICHAEL KARNUTH
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, IL 60603
MKarnuth@KeoghLaw.com

SCOTT D. OWENS
PATRICK CROTTY
3800 S. Ocean Dr., Suite 235
Hollywood, FL 33019
scott@scottdowens.com
patrick@scottdowens.com

/s/ Elio F. Martinez, Jr.
Elio F. Martinez, Jr.