# Exhibit A



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155978 | 9/13/2016 | 132779 |
| **Job Date** | **Case No.** | |
| 8/24/2016 | | |
| **Case Name** | | |
| Caryn Pincus vs. Speedpay, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Eric S. Mattson, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

---

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Alexis Blackstead | 228.00 Pages | @ | 3.35 | 763.80 |
| Exhibit | 232.00 Pages | @ | 0.45 | 104.40 |
| Electronic Fee | | | 45.00 | 45.00 |
| Production Fee | | | 35.00 | 35.00 |
| **TOTAL DUE >>>** | | | | **$948.20** |

Thank you for choosing Maxene Weinberg Agency, a Huseby company.

As a courtesy to our Maxene Weinberg Agency customers, please disregard any financing fee indicated on your invoice or statement.

Schedule with us anywhere nationally today! Visit us on the web to learn more about the services and technology we provide for both depositions and trial.

| | |
|---|---|
| (-) Payments/Credits: | 948.20 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 31-1763752                                     Phone: 312.853.7000    Fax:312.853.7036

*Please detach bottom portion and return with payment.*

---

Eric S. Mattson, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

| | | | | |
|---|---|---|---|---|
| Job No. | : 132779 | | BU ID | : Weinberg |
| Case No. | : | | | |
| Case Name | : Caryn Pincus vs. Speedpay, Inc. | | | |
| Invoice No. | : 155978 | | Invoice Date | : 9/13/2016 |
| **Total Due** | : **$0.00** | | | |

**Remit To:** Huseby, Inc.
P.O. Box 6180
Hermitage, PA  16148-0922

**PAYMENT WITH CREDIT CARD**  
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Eric Mattson, Esq<br>Sidley Austin LLP<br>1 S Dearborn St<br>Chicago, IL, 60603 | **Invoice #:** CHI2772203<br>**Invoice Date:** 10/17/2016<br>**Balance Due:** $614.85 |

**Case:** Pincus, Caryn, etc. v. Speedpay, Inc., etc.     **Client/Matter:** 34584-40140
**Job #:** 2449432 | Job Date: 9/27/2016 | Delivery: Normal
**Billing Atty:** Eric Mattson, Esq
**Location:** Law Offices of Scott Owens
3800 S. Ocean Dr. | Suite 235 | Hollywood, FL 33019
**Sched Atty:** Eric Mattson, Esq | Sidley Austin LLP

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Caryn Pincus | Original Transcript | Page | 83.00 | $4.45 | $369.35 |
| | Exhibits | Per Page | 10.00 | $0.55 | $5.50 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $55.00 | $55.00 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Attendance Fee-Hrly | Hour | 2.00 | $60.00 | $120.00 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $614.85 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $614.85 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*[signature]* 34584/40140

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** CHI2772203
**Job #:** 2449432
**Invoice Date:** 10/17/2016
**Balance:** $614.85

42857