UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80164-CIV-MARRA

CARYN PINCUS, an individual, on behalf
of herself and all others similarly situated,

Plaintiff,

vs.

SPEEDPAY, INC., a New York corporation,

Defendant.
_____/

## JUDGMENT

Based on the Bill of Costs submitted by Defendant (DE 134) and upon the agreement of the parties that Plaintiff's obligation to pay these costs be stayed unless and until the Court's judgment is affirmed, Judgment is hereby entered on behalf of Defendant in the amount of $1,265.86, and against Plaintiff. Judgment shall bear interest at the rate of 1.22% per annum, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of July, 2017.

_____
KENNETH A. MARRA
United States District Judge